# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AK FUTURES LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>LCF LABS INC., et al.,<br><br>　　　　Defendants. | **CASE NO: 8:21−cv−02121−JVS−ADS**<br><br>**STIPULATED JUDGMENT REGARDING DEFENDANT SAGAR INTERNATIONAL, INC., DBA CHEM NERDZ** |
| AND RELATED COUNTER-CLAIMS. | Judge: Hon. James V. Selna |

　　On July 10, 2023, this Court approved the parties' Stipulation to Entry of Judgment and entered the Order Granting Joint Application for Entry of Stipulated Judgment [Dkt. 298].

　　AK Futures' operative Third Amended Complaint [Dkt. 142] seeks a permanent injunction, although this Judgment need not be limited to precisely what is sought in the Complaint, see Rule 54(c).

Defendant Sagar International, Inc., dba Chem Nerdz ("Sagar") expressly, voluntarily submitted to this Court's jurisdiction, and seeks no affirmative relief in this action.

THEREFORE,

A. Judgment is entered in favor of AK Futures and against Defendant Sagar International, Inc., dba Chem Nerdz, on its claim for Permanent Injunction averred in the Third Amended Complaint.

B. Defendant Sagar, and its partners, officers, directors, agents, employees, owners, and representatives, and all persons, firms, and corporations who are in active concert or participation with any of them, as described in Federal Rules of Civil Procedure Rule 65(d)(2) (the "Enjoined Non-Parties" and collectively with Sagar, the "Enjoined Persons"), are hereby PERMANENTLY RESTRAINED AND ENJOINED FROM:

    i. directly or indirectly infringing AK Futures' CAKE trademarks in any manner, including using, on or in connection with the manufacture, import, distribution, advertisement, marketing, promotion, offering for sale, or sale of any products or services, any unauthorized copy or colorable imitation of AK Futures' CAKE, or anything confusingly similar thereto, including but not limited to CAKE, the stylized CAKE mark depicted in U.S. Trademark Application Serial Nos. 90594523 and 90686598, and the cake logo depicted in U.S. Trademark Application Serial Nos. 90594382 and 90624745;

    ii. reproducing, distributing copies of, and/or displaying to the public any unauthorized reproductions or copies of the Cake design that is the subject of U.S. Copyright Reg. No. VA 2-247-632 or any colorable imitation thereof;

    iii. creating, using, distributing copies of, and/or displaying to the public any unauthorized derivative work of the Cake design that is the subject of U.S. Copyright Reg. No. VA 2-247-632;

iv. falsely representing directly or indirectly, in any form or manner whatsoever, that any Enjoined Persons or their business, products or services are in any manner associated with or sponsored by AK Futures, or otherwise taking any unauthorized action likely to cause confusion, mistake or deception on the part of purchasers as to the source, origin or sponsorship of the Enjoined Persons business, products or services; and

v. assisting, aiding, or abetting any person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (ii) above.

C. IT IS FURTHER ORDERED that each party shall bear its own costs and attorneys' fees incurred in connection with this action.

Dated: July 10. 2023

_____
United States District Court Judge
The Honorable James V. Selna

27

28