1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| AK FUTURES LLC,<br><br>              Plaintiff,<br><br>       vs.<br><br>LCF LABS INC., a California corporation; HOMESUN (HK) CO. LIMITED, a Hong Kong limited corporation; QUSAY AL-QAZA, an individual; and DOES 1-10,<br><br>              Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS | Case No. 8:21−cv−02121-JVS-ADS<br><br>**ORDER REGARDING STIPULATION BY AND AMONG AKF PARTIES AND LCF PARTIES FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41  [311]**<br><br>Judge:  Hon. James V. Selna |

1      The Court, having considered the STIPULATION BY AND AMONG AKF

2 PARTIES AND LCF PARTIES FOR DISMISSAL WITH PREJUDICE

3 PURSUANT TO FED. R. CIV. P. 41 ("Stipulation") entered into by and among

4 Plaintiff and Counterclaim Defendant AK Futures LLC ("AKF") and Counterclaim

5 Defendant WM Wholesale LLC ("WM"), on the one hand, and Defendants and

6 Counterclaimants LCF Labs, Inc. ("LCF") and Homesun (HK) Co. Limited

7 ("Homesun"), and Defendant Qusay Al-Qaza ("Al-Qaza"), on the other hand, and

8 for good cause appearing,

9      **IT IS HEREBY ORDERED**, that the Stipulation is approved, such that:

10      1.     All claims alleged by AKF in this action against LCF, Homesun, and

11 Al-Qaza are hereby dismissed, with prejudice.

12      2.     All counterclaims alleged by LCF and Homesun in this action against

13 AKF and WM are hereby dismissed, with prejudice.

14      3.     Each side will bear its own fees and costs, including attorneys' fees.

15      4.     The foregoing dismissals pursuant to a settlement are voluntary and

16 shall not operate as an adjudication on the merits of the claims or defenses of any of

17 the parties under Rule 41 of the Federal Rules of Civil Procedure or for any other

18 purpose, subject to the terms of the parties' written settlement agreement.

19      5.     The Trial and all scheduled deadlines and hearings are VACATED.

20

21

22 IT IS SO ORDERED.

23

24 DATE: August 14, 2023

25      Honorable James V. Selna
     UNITED STATES DISTRICT JUDGE

26

27

28